UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS HODGES, an individual, | No. 24-7093 |
| Plaintiff - Appellant, | D.C. No. 3:23-cv-02065-W-MSB Southern District of California, San Diego |
| v. | |
| TODD GLORIA, both in his personal capacity and in his official capacity as the Mayor of the City of San Diego, | ORDER |
| Defendant - Appellee. | |

Before: CALLAHAN and KOH, Circuit Judges, and BARKER, District Judge.[*]

Judge Callahan and Judge Koh vote to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. The petition for rehearing en banc is denied.

---

[*] The Honorable J. Campbell Barker, United States District Judge for the Eastern District of Texas, sitting by designation.